## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BRIANT COLEMAN**

    **Plaintiff,**

**CASE NO.: 6:21-cv-547-GAP-DCI**

vs.

**THE UNIVERSITY OF CENTRAL FLORIDA and THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,**

    **Defendants.**

_____/

## SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS TO INCLUDE LOCAL RULE 3.01(g) CERTIFICATION

As required by Local Rule 3.01(g), the undersigned counsel for Defendants, The University of Central Florida and The University of Central Florida Board of Trustees conferred with counsel for Plaintiff, Briant Coleman and is authorized to represent that Plaintiff does not oppose Defendants' Motion to Dismiss. Per Plaintiff's counsel's request, the Defendants do not oppose the Court granting Plaintiff leave to amend Plaintiff's Complaint and Demand for Jury Trial.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was filed with the Clerk of the United States District Court and that a copy hereof has been furnished by electronic mail this 5th day of April 2021 to Reshad D. Favors, Esq., 1875 Connecticut Ave. 10th Floor, Washington, DC 20006, reshad@bsflegal.com.

/s/ Sharon J. Henry
SHARON J. HENRY, ESQUIRE
Florida Bar Number 0959774
Mateer & Harbert, P.A.
225 East Robinson Street, Ste. 600
Orlando, Florida  32801
Telephone:  (407) 425-9044
Facsimile:  (407) 423-2016
shenry@mateerharbert.com
lpretto@mateerharbert.com
dmalinowski@mateerharbert.com
*Attorneys for Defendants, The University of Central Florida and The University of Central Florida Board of Trustees*

4846-4699-6452, v. 1